IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:06-CV-311-FL

| | |
|---|---|
| JUDITH KOHLBACH FULTON as Administratrix of the Estate of Gregory Frederick Kohlbach, and GARY A. KOHLBACH,<br><br>    Plaintiffs,<br><br>v.<br><br>MADELINE A HARRISON,<br><br>    Defendant. | STIPULATION OF DISMISSAL WITH PREJUDICE |

Plaintiffs Judith Kohlbach Fulton and Gary A. Kohlbach and Defendant Madeleine A. Harrison, pursuant to FED. R. CIV. P. 41(a) stipulate to the dismissal of all claims and counterclaims between the parties with prejudice.

This the 18 day of February, 2009.

| | |
|---|---|
| /s/ Carlos E. Mahoney | /s/ Gavin B. Parsons |
| Carlos E. Mahoney | Gavin B. Parsons |
| Counsel for Plaintiffs | Counsel for Defendant |
| Glenn, Mills, Fisher & Mahoney, P.A. | TROUTMAN SANDERS LLP |
| P. O. Drawer 3865 | P. O. Drawer 1389 |
| Durham, North Carolina 27702-3865 | Raleigh, North Carolina 27602 |
| Telephone: (919) 683-2135 | Telephone: (919) 835-4107 |
| Fax: (919) 688-9339 | Fax: (919) 829-8715 |
| cmahoney@gmf-law.com | gavin.parsons@troutmansanders.com |
| N.C. State Bar No. 26509 | N.C. State Bar No. 28013 |

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Carlos E. Mahoney
    Glenn, Mills & Fisher, P.A.
    P.O. Drawer 3865
    Durham, North Carolina 27702-3865
    cmahoney@gmf-law.com

    By: /s/ Gavin B. Parsons
        Gavin B. Parsons
    N.C. State Bar No. 28013
    TROUTMAN SANDERS LLP
    434 Fayetteville Street, Suite 1900
    Raleigh, North Carolina 27601
    Telephone: (919) 835-4107
    Facsimile: (919) 829-8715
    gavin.parsons@troutmansanders.com